# UNITED STATES DISTRICT COURT

Western District of Texas
655 East Cesar E. Chavez Blvd., Room G-65
San Antonio, Texas 78206

Jeannette J. Clack
Clerk of Court

November 10, 2016

DONNA McKINNEY
BEXAR COUNTY DISTRICT CLERK
PAUL ELIZONDO TOWER
101 W. NUEVA, SUITE 217
SAN ANTONIO, TEXAS   78205-3411

    I, Jeannette J. Clack, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the 408th Judicial District Court, of Bexar County Texas pursuant to an Order entered remanding, by the Honorable Judge Fred Biery.  Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-16-CV-01042-FB;  Richard Espinoza, Jr., et al v. WMK Management, LLC.  IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 10th day of November, 2016.

JEANNETTE J. CLACK, CLERK

BY: _____

Rosanne M. Garza, Deputy